AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rayes, Douglas L. | U.S. District Court - DIstrict of Arizona | 01/06/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge | ✓ Nomination    Date 01/06/2014<br>☐ Initial    ☐ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/20/2013 |

| 7. Chambers or Office Address |
|---|
| 201 West Jefferson<br>Phoenix, AZ 85003 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice President | Rayes Properties Inc. |
| 2. Trust | Trust #1 |
| 3. Managing Partner | KJET Limited Partnership |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | Arizona Elected Officials Retirement Plan: No control. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rayes, Douglas L. | 01/06/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Maricopa County, Salary | $123,240.00 |
| 2. | 2013 | Maricopa County, Salary | $109,434.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | State of Arizona, Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. (Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)

☐ NONE (No reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)

☑ NONE (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## V. GIFTS. (Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)

# FINANCIAL DISCLOSURE REPORT
Page 4 of 10

| Name of Person Reporting | Date of Report |
|---|---|
| Rayes. Douglas L. | 01/06/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Apple Inc. | A | Dividend | K | T | | | | | |
| 2. AT & T Inc., Stock | A | Dividend | | | | | | | |
| 3. American Express Company (AXP) Stock | A | Dividend | L | T | | | | | |
| 4. BMO Lloyd George EMRG MKTS EQ fund | B | Dividend | M | T | | | | | |
| 5. BMO Mid Cap Value Fund | A | Dividend | K | T | | | | | |
| 6. Chevron Corporation Stock | A | Dividend | K | T | | | | | |
| 7. Cohen & Steers INSTL RLTY SCH | A | Dividend | J | T | | | | | |
| 8. Cia De Bebidas PFD ADR Fsponsored ADR (ABV) Stock | A | Dividend | | | | | | | |
| 9. Cisco Systems Inc (CSCO) Stock | A | Dividend | K | T | | | | | |
| 10. Disney Walt Co (DIS) Stock | A | Dividend | K | T | | | | | |
| 11. Dodge & Cox Stock Fund #145 | A | Dividend | N | T | | | | | |
| 12. Golden Sacks Money Market | A | None | K | T | | | | | |
| 13. Gateway Fund Y | A | Dividend | L | T | | | | | |
| 14. General Electric Stock | A | Dividend | K | T | | | | | |
| 15. Glaxosmithkline PLC (GSK) Stock | B | Dividend | K | T | | | | | |
| 16. Intel Corporation (INTC) Stock | A | Dividend | K | T | | | | | |
| 17. JP Morgan Chase & Co (JPM) Stock | A | Dividend | | | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. McDonalds Corp (MCD) | A | Dividend | K | T | | | | | |
| 19. Microsoft Corp (MSFT) | A | Dividend | K | T | | | | | |
| 20. Novartis AG Spon ADR B Div (NVS) Stock | B | Dividend | K | T | | | | | |
| 21. Nestle SA Reg B ADR (NSRGY) Stock | B | Dividend | K | T | | | | | |
| 22. Novo-Nordisk A-S ADR F (NVO) Stock | B | Dividend | J | T | | | | | |
| 23. PIMCO Commodaty RR | A | Dividend | J | T | | | | | |
| 24. Oakmark International Fund | | None | K | T | | | | | |
| 25. Rio Tinto PLC Spon ADR Fsponsored ADR Stock | B | Dividend | | | | | | | |
| 26. Royal BK CDA Montreal (RY) Stock | A | Dividend | K | T | | | | | |
| 27. S A P AG ADR F (Sap) Stock | B | Dividend | K | T | | | | | |
| 28. Schlumberger LD (SLB) Stock | A | Dividend | K | T | | | | | |
| 29. Templeton INST Foreign SM Fund | | None | K | T | | | | | |
| 30. Toyota Stock | A | Distribution | K | T | | | | | |
| 31. Tweedy Browne FD Global Value | | None | K | T | | | | | |
| 32. Visa (V) Stock | A | Dividend | L | T | | | | | |
| 33. Wells Fargo & Co (WFC) Stock | A | Dividend | K | T | | | | | |
| 34. SANOFI (SNY) Stock | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. EXXON (XOM) | A | Dividend | K | T | | | | | |
| 36. HSBC Holding PLC ADR New F (HBC) Stock | B | Dividend | | | | | | | |
| 37. Comcast Corp (CMCSA) Stock | A | Dividend | K | T | | | | | |
| 38. SPDRS & P500 ETFTR Expiring 01/22/18 (SPY) Stock | B | Dividend | | | | | | | |
| 39. Bank of America (BAC) Stock | A | Dividend | | | | | | | |
| 40. Basf SE ADR (BASFY) Stock | A | Dividend | | | | | | | |
| 41. Billiton Ltd. ADRF (BHP) Stock | B | Dividend | | | | | | | |
| 42. China Mobile LTC ADR (CHL) Stock | A | Dividend | | | | | | | |
| 43. Home Depot Inc (HD) Stock | A | Dividend | | | | | | | |
| 44. IBM Stock | A | Dividend | | | | | | | |
| 45. Johnson & Johnson (JNJ) Stock | B | Dividend | | | | | | | |
| 46. Coca Cola (KO) Stock | A | Dividend | | | | | | | |
| 47. Loreal (LRLCY) | A | Dividend | | | | | | | |
| 48. LVMH MOET New ADR F (LVMUY) Stock | B | Dividend | | | | | | | |
| 49. Oracle Corp (ORCL) | A | Dividend | | | | | | | |
| 50. Pepsico Inc. (PEP) Stock | B | Dividend | | | | | | | |
| 51. Pfizer Inc. (PFE) Stock | B | Dividend | | | | | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 7 of 10

**Name of Person Reporting**

Rayes, Douglas L.

**Date of Report**

01/06/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Proctor & Gamble (PG) Stock | A | Dividend | | | | | | | |
| 53. Qualcomm Inc. (QCOM) Stock | A | Dividend | | | | | | | |
| 54. State Streety Equity 500 Index Fund | | None | K | T | | | | | |
| 55. United Technologies Corp (UTX) Stock | A | Dividend | | | | | | | |
| 56. Vanguard INSTL Index Fund | | None | N | T | | | | | |
| 57. Vodafone Group New ADR (VOD) Stock | A | Dividend | | | | | | | |
| 58. Nationwide Destination 2050 Fund | | None | K | T | | | | | |
| 59. Fidelity Contra Fund | | None | J | T | | | | | |
| 60. American FundsEuro Pacific Growth Fund | | None | L | T | | | | | |
| 61. T Rowe Price Mid-Cap Growth Fund | | None | L | T | | | | | |
| 62. Dodge and Cox International Fund | | None | K | T | | | | | |
| 63. Rayes Properties Inc Stock | | None | J | W | | | | | |
| 64. Bank of America Checking / Savings Accounts | | None | J | T | | | | | |
| 65. BMO Private Bank Money Market Funds MI | | None | J | T | | | | | |
| 66. US Savings Bonds Series EE | | None | J | T | | | | | |
| 67. American Funds - The Growth Fund of America | | None | K | T | | | | | |
| 68. Wasatch Core Growth Fund | | None | K | T | | | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rayes, Douglas L. | 01/06/2014 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AVIVA Annuity | E | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I

Trust #1 Family Trust - No reportable assets

KJET Limited Partnership - Managing Partner - The assets held in KJET limited partnership are included in the list of assets in Part VII.

Asset listed in part VII. Line 2, was inadvertently ommited from the previous nomination report

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I

Trust #1 Family Trust - No reportable assets

KJET Limited Partnership - Managing Partner - The assets held in KJET limited partnership are included in the list of assets in Part VII.

Asset listed in part VII. Line 2, was inadvertently ommited from the previous nomination report

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Douglas L. Rayes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 12 | 742 | Notes payable to banks-secured | | | |
| U.S. Government securities–Series EE bonds | | 3 | 000 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 2 | 228 | 945 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 2 | 750 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned – see schedule | | 706 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 62 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Arizona Elected Officials Retirement Plan | | 243 | 058 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | 3 | 258 | 495 |
| Total Assets | 3 | 258 | 495 | Total liabilities and net worth | 3 | 258 | 495 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |